PETER J. ELIASBERG (SBN 189110)
peliasberg@aclusocal.org
JONATHAN MARKOVITZ (SBN 301767)
jmarkovitz@aclusocal.org
ALYSSA MORONES (SBN 343358)
amorones@aclusocal.org
**ACLU FOUNDATION OF
SOUTHERN CALIFORNIA**
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

DAVID LOY (SBN 229235)
dloy@firstamendmentcoalition.org
KHRYSTAN POLICARPIO (SBN 349170)
kpolicarpio@firstamendmentcoalition.org
**FIRST AMENDMENT COALITION**
534 4th St Ste B
San Rafael, CA 94901
Phone: (415) 460-5060

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UPNEET DHALIWAL AND JULIE GEARY<br><br>Plaintiffs,<br><br>vs.<br><br>JOSEPH KOMROSKY, in his official capacity as President of TEMECULA VALLEY UNIFIED SCHOOL DISTRICT BOARD OF TRUSTEES, and in his individual capacity, TEMECULA VALLEY UNIFIED SCHOOL DISTRICT BOARD OF TRUSTEES, and TEMECULA VALLEY UNIFIED SCHOOL DISTRICT<br><br>Defendants. | CASE NO. 5:23-CV-2605<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Honorable Jesus G. Bernal<br>Hearing Date: February 12, 2024<br>Hearing Time: 9:00 a.m. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that on February 12, 2024 at 9:00 a.m., or as soon thereafter as counsel may be heard before the Honorable Jesus G. Bernal in Courtroom 1 of the United States District Court, Central District of California, Riverside, Plaintiffs Upneet Dhaliwal and Julie Geary ("Plaintiffs") will, and hereby do, move this Court to grant a preliminary injunction to enjoin Defendant Joseph Komrosky from ordering the removal of members of the public from a Temecula Valley Unified School District Board meeting unless they are engaged in conduct that actually disrupts the meeting, and further enjoining Defendant Komrosky from enforcing, posting, or referring the public to disruptive conduct regulations that allow for expulsion for anything other than conduct that actually disrupts the meeting.

The Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the supporting declarations, all pleadings and papers filed in this action, and such additional papers and arguments as may be presented at or in connection with the hearing.

Dated: January 12, 2023

Respectfully submitted,

ACLU FOUNDATION OF SOUTHERN CALIFORNIA

By: /s/ Jonathan Markovitz
    JONATHAN MARKOVITZ
    Attorneys for Plaintiffs